United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10453
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL TODD SPENCE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CR-00116-ALL
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for
Michael Todd Spence, has moved for leave to withdraw and has
filed a brief pursuant to Anders v. California, 386 U.S. 738
(1967). Spence has received a copy of counsel's motion and
brief, but has not filed a response. Our review of the brief
filed by counsel and of the record discloses no nonfrivolous
issue for appeal. Accordingly, the motion for leave to withdraw
is GRANTED, counsel is excused from further responsibilities, and
the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.